**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 05 B 25040** |
| A440 MUSIC GROUP, LLC, | ) | **Hon. John D. Schwartz** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **July 12, 2006** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable John D. Schwartz or any other Judge sitting in his stead, in **courtroom 719**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Motion for Authorization to Pay Final Compensation and Reimbursement of Expenses to Sale Agent,** a copy of which is hereby served upon you.

By:   /s/ Norman B. Newman
Norman B. Newman, Trustee for A440 Music Group, LLC

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST FREED DENENBERG**
    **AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

I, Norman B. Newman, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on June 22, 2006.

/s/ Norman B. Newman
Norman B. Newman

## SERVICE LIST FOR A440 Music Group, LLC

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Scott P. Clar
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, Illinois 60603

Ryko Distributor/Rep Sales, Inc.
c/o Michael Messersmith
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602

Chris Matsakis
Chicago Liquidators
1 E. Wacker Drive, Suite 3600
Chicago, IL 60601

National Photo Imaging
114 W. Illinois
Chicago, IL 60610

Leo Sances
1860 Burton Lane
Park Ridge, IL 60068

Pace Communications
P.O. Box 60014
Charlotte, NC 28260

Laura Sanano
7668 El Camino Real
Suite 104
Carlsbad, CA 92009

Quill
P.O. Box 94081
Palatine, IL 60094

Future Marketing Group
P.O. Box 22714
Lexington, KY 40522

All About Jazz
1546 Camden Place
Fullerton, CA 92883

Oasis Mastering
4109 W. Burbank Road
Burbank, CA 91505

Universal Music & Video District
9999 W. 121st Street
Fishers, IN 46038

Rodriguez & Ricci, LLC
82 E. Allendale Road
Saddle River, BJ 07458

Carmichael Properties
1040 W. Monroe Street
Chicago, IL 60607

Michael Bloom
P.O. Box 41380
Los Angeles, CA 90041-0380

Am. Express Travel Related Services Co.
Inc. Corporate Card
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Fed Ex Kinkos
P.O. Box 262682
Plano, TX 75026-2680

City of Chicago Dept. of Revenue
Attn:  Business Bankruptcy Unit
333 S. State Street, Suite 540
Chicago, IL 60604

G. Ruffner Page, Jr.
2900 Highway 280
Suite 300
Birmingham, AL 35243

Harry Fox Agency, Inc.
711 3rd Avenue
New York, NY 10017

Chris Matsakis
Chicago Liquidators Services
One E. Wacker Drive, Suite 3600
Chicago, IL 60601

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 05 B 25040** |
| **A440 MUSIC GROUP, LLC,** | ) | **Hon. John D. Schwartz** |
| | ) | **Hearing Date: July 12, 2006** |
| | ) | **Hearing Time: 10:00 a.m.** |
| **Debtor.** | ) | |

**TRUSTEE'S MOTION FOR AUTHORIZATION TO PAY FINAL**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SALE AGENT**

Norman B. Newman, Trustee herein ("Trustee"), by his attorneys, moves this Court under §§330 and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016 for the entry of an Order authorizing Trustee to pay final compensation and reimbursement of expenses to Chicago Liquidators Services ("CLS"), Trustee's sale agent. In support of this motion, Trustee respectfully states as follows:

1. On June 23, 2005, Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. Trustee was subsequently appointed Trustee.

2. On April 12, 2006, this Court entered an Order authorizing Trustee to employ CLS as sale agent to assist Trustee in the sale of certain jazz CDs. A copy of the Order is attached hereto as Exhibit "A".

3. Trustee requests authorization to pay final compensation and reimbursement of expenses to CLS in the total amount of $3,532.14 for services rendered by the sale agent.

4. Attached hereto as Exhibit "B" is an Invoice in support of CLS's request for payment of a 10% commission in the amount of $1,160.00 plus reimbursement of out-of-pocket expenses in the amount of $2,372.14 for a total amount of compensation and expenses in the amount of $3,532.14.

4

5.        The Order entered by this Court on April 12, 2006, provided for CLS to receive a 10% commission on the gross proceeds of sale, plus reimbursement of out-of-pocket expenses. Trustee believes that final compensation and expenses incurred by CLS in the amount of $3,532.14 were reasonable and necessary expenses incurred in connection with sale of certain jazz CDs.

6.        Notice of this motion has been provided to all creditors and parties in interest.

**WHEREFORE**, Norman B. Newman, Trustee, respectfully prays this Court enter an Order as follows:

A.        Authorizing Trustee to pay final compensation to Chicago Liquidators Services in the amount of $1,160.00, plus reimbursement of out-of-pocket expenses in the amount of $2,372.14 as a Chapter 7 expense of administration;

B.        Authorizing Trustee to pay the aforesaid amounts forthwith;

C.        Granting such other and further relief as this Court deems appropriate.

*Submitted for electronic filing this day, June 22, 2006.*

/s/ Norman B. Newman
Norman B. Newman, not individually, but solely
as Trustee for A440 Music Group, LLC

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Freed Denenberg Ament
      & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000