IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| A440 GROUP, LLC | ) | CASE NO. 05-25040 |
| | ) | |
| Debtor(s) | ) | JUDGE JOHN D. SCHWARTZ |
| | ) | |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE
      BANKRUPTCY JUDGE JOHN D. SCHWARTZ

NOW COMES NORMAN NEWMAN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1. On June 23, 2005, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code and NORMAN B. NEWMAN was subsequently appointed Chapter 7 trustee ("Trustee"). The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of December 7, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | 26,287.43 |
| b. | DISBURSEMENTS (See Exhibit C) | | 3,724.06 |
| c. | NET CASH available for distribution | | 22,563.37 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E) | 3,378.74 |
| | 2. | Trustee Expenses (See Exhibit E) | 0.00 |

      3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F)     42,342.20

    e.    Illinois Income Tax for Estate (See Exhibit G)     0.00

5.    The Bar Date for filing unsecured claims expired on <u>December 2, 2005</u>.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid Secured Claims     0.00

    b.    Chapter 7 Administrative and 28 U.S.C. §1930 Claims     45,720.94

    c.    Allowed Chapter 11 Administrative Claims     0.00

    d.    Allowed Priority Claims     0.00

    e.    Allowed Unsecured Claims     4,133,190.28

7.    Trustee proposes that unsecured creditors receive a distribution of <u>0.00</u>% of allowed claims.

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was <u>0.00</u>. Professional's compensation and expense requested but not yet allowed is $<u>0.00</u>. The total of Chapter 7 professional fees and expenses requested for final allowance is $<u>45,720.94</u>. (a summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $<u>0.00</u> was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                              RESPECTFULLY SUBMITTED:

Dated:    <u>December 7, 2007</u>    By:    <u>/s/ Norman B. Newman</u>
                                            NORMAN NEWMAN, Trustee
                                            MUCH SHELIST
                                            191 N. WACKER DRIVE
                                            SUITE 1800
                                            CHICAGO, IL 60606-1615

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared semi-annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4. The Trustee attended to tax issues concerning the estate.

5. The Trustee reviewed the claims filed in this case.

6. The Debtor was a party to exclusive recording agreements with 11 musical recording artists. The Debtor owned production rights under these recording agreements. The Debtor defaulted under these agreements and the recording artists were left in limbo as to the production of their CD's and the sale of their recordings.

   The Trustee was able to negotiate settlements with six of the recording artists, enabling the artists to purchase their musical rights, obtain their master CD's and in certain instances, acquire their CD inventory. Although there are insufficient funds on hand in this estate to pay cost of administration expenses, a substantial benefit was received by the recording artists as well as Ryko which was the distributor of the Debtor's CD inventory.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0009**
05 - Trustee Matters

Billing Attorney: **Norman B. Newman**

### FEES THROUGH JULY 31, 2007

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/05/05 | NBN | Review schedules and statement of affairs. | 1.60 |
| 07/13/05 | NBN | Review turn over of funds on deposit. | 0.20 |
| 07/26/05 | NBN | Further review of schedules and statement of financial affairs regarding payments made within 90 days and liabilities. | 0.90 |
| 08/02/05 | NBN | Conduct Section 341 meeting. | 0.40 |
| 08/24/05 | NXS | Reconcile bank statements. | 0.20 |
| 08/25/05 | NBN | Two telephone calls with S. LeClair regarding prior tax returns needed (.20); review returns for 2002 thru 2004 (.30). | 0.50 |
| 09/01/05 | NBN | File initial report of assets. | 0.20 |
| 09/14/05 | NXS | Reconcile bank statements. | 0.20 |
| 09/16/05 | NBN | Review notice of claim bar date. | 0.20 |
| 10/13/05 | NXS | Reconcile bank statements. | 0.20 |
| 12/05/05 | NBN | Review claim register. | 0.40 |
| 12/07/05 | NXS | Reconcile bank statements. | 0.20 |
| 12/28/05 | NXS | Reconcile bank statements. | 0.20 |
| 01/24/06 | NXS | Reconcile bank statements. | 0.20 |
| 02/17/06 | NXS | Reconcile bank statements. | 0.20 |
| 03/10/06 | NXS | Reconcile bank statements. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0009**
05 - Trustee Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 03/27/06 | NBN | Telephone call with J. Allen regarding payment for CD's (.20); telephone call with M. Messersmith regarding Ryko contact information (.20); telephone call with D. Porter regarding payment from E. Harp (.20). | 0.60 |
| 03/30/06 | NBN | Review letter from J. Allen regarding payment for CD's. | 0.20 |
| 04/05/06 | NBN | Telephone call with C. Matsakis regarding motion to employ to be heard 4/12. | 0.20 |
| 04/07/06 | NBN | Telephone call with D. Porter regarding payment from E. Harp. | 0.20 |
| 04/10/06 | NXS | Reconcile bank statements. | 0.20 |
| 05/01/06 | NBN | Review payment from E. Harp (.20); telephone call with representatives of Artistry Group regarding cds for sale (.20). | 0.40 |
| 05/04/06 | NBN | Telephone call with M. Hickey regarding payment from M. Manson. | 0.20 |
| 05/10/06 | NBN | Telephone call with and meet with attorney for Manson regarding payment for master cd's. | 0.30 |
| 05/10/06 | NXS | Reconcile bank statements. | 0.20 |
| 06/13/06 | NXS | Reconcile bank statements. | 0.20 |
| 06/20/06 | NBN | Review accounting from C. Matsakis regarding proceeds received from sale of CD's. | 0.20 |
| 07/12/06 | NXS | Reconcile bank statements. | 0.20 |
| 08/21/06 | NXS | Reconcile bank statements. | 0.20 |
| 09/15/06 | NXS | Reconcile bank statements. | 0.20 |
| 10/25/06 | NXS | Reconcile bank statements. | 0.20 |
| 11/17/06 | NXS | Reconcile bank statements. | 0.20 |
| 12/01/06 | NBN | Telephone conference with N. Kellerman regarding final tax return to be prepared. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0009**
05 - Trustee Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/27/06 | NXS | Reconcile bank statements. | 0.20 |
| 01/12/07 | NXS | Reconcile bank statements. | 0.20 |
| 02/20/07 | NXS | Reconcile bank statements. | 0.30 |
| 02/20/07 | NXS | Reconcile bank statements. | 0.20 |
| 03/19/07 | NXS | Reconcile bank statements. | 0.20 |
| 04/10/07 | NXS | Reconcile bank statements. | 0.20 |
| 05/08/07 | NXS | Reconcile bank statements. | 0.20 |
| 05/24/07 | NBN | Review notice from IRS regarding tax refund coming. | 0.20 |
| 05/29/07 | NBN | Review IRS tax refund. | 0.20 |
| 06/18/07 | NXS | Reconcile bank statements. | 0.20 |
| | | **Total Hours** | **12.20** |

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

TOTAL RECEIPTS $ 26,287.43

TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED $ 0.00

TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY $ 0.00

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-25040 0007
**Case Name:** A440 GROUP, LLC
**Period Ending:** 12/07/07

**Trustee:** (330560)   NORMAN NEWMAN
**Filed (f) or Converted (c):** 06/23/05 (f)
**§341(a) Meeting Date:** 08/02/05
**Claims Bar Date:** 12/02/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| BANK ACCOUNTS | 6,000.00 | 6,000.00 | | 5,686.21 | FA |
| ACCOUNTS RECEIVABLE | 143,000.00 | 143,000.00 | | 0.00 | FA |
| INVENTORY | 102,182.00 | 102,182.00 | | 20,100.00 | FA |
| TAX REFUNDS (u) | 223.99 | 223.99 | | 223.99 | FA |
| INTEREST (u) | Unknown | N/A | | 277.23 | Unknown |
| **Totals** (Excluding unknown values) | **$251,405.99** | **$251,405.99** | | **$26,287.43** | **$0.00** |

**Major Activities Affecting Case Closing:**
Sold remaining inventory and settled with recording artists. Waiting for final tax returns to be completed.

**Initial Projected Date Of Final Report (TFR):** October 31, 2006     **Current Projected Date Of Final Report (TFR):** October 31, 2007

# EXHIBIT C

# CASH RECEIPTS AND DISBURSEMENTS

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-25040 0007  
**Case Name:** A440 GROUP, LLC  
**Taxpayer ID #:** 36-4446527  
**Period Ending:** 12/07/07  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/05 | {1} | A440 MUSIC GROUP, LLC | FUNDS ON DEPOSIT | 1129-000 | 5,686.21 | | 5,686.21 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.91 | | 5,687.12 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 2.17 | | 5,689.29 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 2.24 | | 5,691.53 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 2.47 | | 5,694.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.57 | | 5,696.57 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.85 | | 5,699.42 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.21 | | 5,702.63 |
| 02/14/06 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2006 FOR CASE #05-25040, Bond #016026455 | 2300-000 | | 5.26 | 5,697.37 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.06 | | 5,700.43 |
| 03/14/06 | {3} | Frank Catalano | Sale of musical rights. | 1129-000 | 2,000.00 | | 7,700.43 |
| 03/30/06 | {3} | Jacquelyn L. Allen | Sale of CD's. | 1129-000 | 2,500.00 | | 10,200.43 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.00 | | 10,204.43 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.36 | | 10,210.79 |
| 05/01/06 | {3} | Everette Harp | Purchase of musical rights | 1129-000 | 2,000.00 | | 12,210.79 |
| 05/10/06 | {3} | Mark Hickey | Purchase of Musical Rights | 1129-000 | 2,000.00 | | 14,210.79 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.08 | | 14,219.87 |
| 06/20/06 | {3} | Chicago Liquidators Services | Sale of CD's | 1129-000 | 11,600.00 | | 25,819.87 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.64 | | 25,831.51 |
| 07/13/06 | 1002 | Chicago Liquidators Services | Liquidation fees | 3610-000 | | 1,160.00 | 24,671.51 |
| 07/13/06 | 1003 | Chicago Liquidators Services | Liquidation out-of-pocket expenses | 3620-000 | | 2,372.14 | 22,299.37 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.09 | | 22,316.46 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.17 | | 22,331.63 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.19 | | 22,345.82 |

**Subtotals :** $25,883.22    $3,537.40

{} Asset reference(s)   Printed: 12/07/2007 12:34 PM    V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-25040 0007 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | A440 GROUP, LLC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****13-65 - Money Market Account |
| Taxpayer ID #: | 36-4446527 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/07/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.66 | | 22,361.48 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.69 | | 22,376.17 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.21 | | 22,390.38 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.93 | | 22,405.31 |
| 02/01/07 | 1004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-25040, Bond #016026455 | 2300-000 | | 18.66 | 22,386.65 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.16 | | 22,397.81 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.96 | | 22,409.77 |
| 04/10/07 | 1005 | U.S. Treasury | 2005 FUTA Tax | 2810-000 | | 168.00 | 22,241.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.32 | | 22,254.09 |
| 05/25/07 | {4} | United States Treasury | Tax Refund (940) | 1224-000 | 223.99 | | 22,478.08 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.28 | | 22,490.36 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.60 | | 22,501.96 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.81 | | 22,514.77 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.42 | | 22,527.19 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.22 | | 22,538.41 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.23 | | 22,551.64 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 11.73 | | 22,563.37 |

Subtotals : $404.21 $186.66

{} Asset reference(s)   Printed: 12/07/2007 12:34 PM   V.9.55
() Asset reference(s)

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-25040 0007 | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|
| Case Name: | A440 GROUP, LLC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****13-65 - Money Market Account |
| Taxpayer ID #: | 36-4446527 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/07/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 26,287.43 | 3,724.06 | $22,563.37 |

|  | ACCOUNT TOTALS |  |  |
|---|---|---|---|
|  | Less: Bank Transfers | 26,287.43 | 3,724.06 |
|  |  | 0.00 | 0.00 |
|  | Subtotal | 26,287.43 | 3,724.06 |
|  | Less: Payments to Debtors |  | 0.00 |
|  | NET Receipts / Disbursements | $26,287.43 | $3,724.06 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****13-65 | 26,287.43 | 3,724.06 | 22,563.37 |
| TOTAL - ALL ACCOUNTS | $26,287.43 | $3,724.06 | $22,563.37 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| A440 GROUP, LLC | ) | CASE NO. 05-25040 |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

## DISTRIBUTION REPORT

I, <u>NORMAN NEWMAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 22,563.37 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 22,563.37 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $45,720.94 | 49.35% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| A | Norman B. Newman, Trustee | 3,378.74 | 1,358.04 |
| B | Much Shelist, et.al. | 34,555.00 | 13,888.93 |
| C | Much Shelist, et.al. | 787.20 | 316.40 |
| D | FGMK, LLC | 7,000.00 | 7,000.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER**      **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER**      **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER**      **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER**      **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $4,032,548.28 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Manson Music Productions | 19,676.00 | 0.00 |
| 2 | National Photo Imaging | 451.00 | 0.00 |
| 3 | Leo Sances | 900.00 | 0.00 |
| 4 | Pace Communications | 1,000.00 | 0.00 |
| 5 | Laura Sanano | 2,500.00 | 0.00 |
| 6 | Quill | 241.64 | 0.00 |
| 7 | Future Marketing Group | 1,900.00 | 0.00 |
| 9 | Oasis Mastering | 5,254.81 | 0.00 |
| 10 | Universal Music & Vidio Dist. | 133,508.20 | 0.00 |
| 11 | Rodriguez & Ricci, LLC | 2,656.32 | 0.00 |
| 12 | Carmichael Properties | 28,000.00 | 0.00 |
| 13 | Michael Bloom | 5,215.86 | 0.00 |
| 14 | American Express Travel Related Svcs Co | 21,180.79 | 0.00 |
| 15 | Fed Ex Kinkos | 1,291.11 | 0.00 |
| 16 | City of Chicago Department of Revenue | 100.00 | 0.00 |
| 17 | Ryko Distributor/Rep Sales Inc. | 1,500,000.00 | 0.00 |
| 18 | Ryko Distributor/Rep Sales Inc. | 1,500,000.00 | 0.00 |
| 19 | G Ruffner Page Jr. | 803,000.00 | 0.00 |

| | | | |
|---|---|---:|---:|
| 20 | Harry Fox Agency, Inc. | 5,672.55 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Late unsecured claims | $100,642.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| 21 | Frank Catalano | 84,500.00 | 0.00 |
| 22 | Illinois Department of Revenue | 16,142.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 8 | All About Jazz<br>1546 Camden Place<br>Fullerton, CA 92883 | $0.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: 12/7/07        /s/ Norman Newman
                      NORMAN NEWMAN, Trustee

## Claims Proposed Distribution

### Case: 05-25040   A440 GROUP, LLC

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $22,563.37    **Total Proposed Payment:** $22,563.37    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| D | FGMK, LLC | Admin Ch. 7 | 7,000.00 | 7,000.00 | 0.00 | 7,000.00 | 7,000.00 | 15,563.37 |
| | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | **Claim Memo:**  . | | | | | | | |
| A | Norman B. Newman, Trustee | Admin Ch. 7 | 3,378.74 | 3,378.74 | 0.00 | 3,378.74 | 1,358.04 | 14,205.33 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| B | Much Shelist, et.al. | Admin Ch. 7 | 34,555.00 | 34,555.00 | 0.00 | 34,555.00 | 13,888.93 | 316.40 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| C | Much Shelist, et.al. | Admin Ch. 7 | 787.20 | 787.20 | 0.00 | 787.20 | 316.40 | 0.00 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| **SUBTOTAL FOR   ADMIN CH. 7** | | | **45,720.94** | **45,720.94** | **0.00** | **45,720.94** | **22,563.37** | |
| **Total for Case 05-25040 :** | | | **$45,720.94** | **$45,720.94** | **$0.00** | **$45,720.94** | **$22,563.37** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $45,720.94 | $45,720.94 | $0.00 | $22,563.37 | 49.350188% |