# EXHIBIT "A"

# NUMBER 1

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0002**
05 - Retention of Professional

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JULY 31, 2007

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/06/05 | NBN | Prepare motion, notice and order for trustee to employ attorney. | 0.80 |
| 07/13/05 | WSH | Attended hearing on Application to Employ Attorneys (1.2). | 1.20 |
| 10/07/05 | NBN | Review engagement letter from FGMK. | 0.20 |
| 03/31/06 | NBN | Two telephone calls with C. Matsakis and review sale agent proposal (.40); prepare application affidavit and order to employ sale agent (.40). | 0.80 |
| 06/08/06 | NBN | Telephone call with N. Kellerman regarding engagement letter (.20); prepare application, order and notice to employ accountant (.50). | 0.70 |
| 06/12/06 | NBN | Review revised engagement letter from FGMK, LLC (.20); review application to employ accountants (.40). | 0.60 |
| 06/27/06 | NBN | Letter to N. Kellerman regarding employment order and tax returns. | 0.20 |
| 06/27/06 | WSH | Attended hearing on Motion to Employ Accountant (1.6). | 1.60 |
| | | **Total Hours** | **6.10** |
| **Total** | | | **2,521.00** |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# NUMBER 2

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
 05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JULY 31, 2007

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/06/05 | NBN | Discussion with S. Claire regarding contract rights (.20); Telephone conference with S. LeClair, D'ors principal regarding receivables and inventory issues (.30). | 0.50 |
| 07/11/05 | NBN | Telephone call with attorney for Ryko regarding understanding relationship. | 0.20 |
| 07/12/05 | NBN | Telephone call with and review letter from attorney R. Lieberman regarding possible interest in master recording. | 0.30 |
| 07/15/05 | NBN | Preliminary review of distribution agreement with Ryko. | 0.50 |
| 07/25/05 | NBN | Telephone call with C. Matsakis regarding possible interest in inventory (.20); preliminary review of recordings agreement (.40); letter to attorney for L.A. record producer regarding interest in master recordings (.20). | 0.80 |
| 07/26/05 | NBN | Meet with D. Liutikas regarding Artist Contracts, Ryko agreement and Trustee's rights and obligations. | 0.50 |
| 07/27/05 | NBN | Letter to L. Landew, attorney for Ryko regarding request for account information and resolving disputes. | 0.30 |
| 08/01/05 | NBN | Review letter from L. Landew regarding continued sales by Ryko. | 0.20 |
| 08/08/05 | NBN | Telephone call with C. Griffin regarding possible offer for Master CD's (.20); preliminary review of Ryko statement of account status (.40). | 0.60 |
| 08/11/05 | NBN | Telephone call with A. Levy regarding possible interest in Manson CD (.20); review Ryko Distribution consignment proceeds summaries (.30); and telephone call with M. Meesserhuth regarding possible settlement with Ryko (.30). | 0.80 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/12/05 | NBN | Review latest consignment proceeds statement from Ryko showing activity through June, 2005 (.20); telephone call with Ryko's attorney regarding settlement (.20). | 0.40 |
| 08/17/05 | LDL | Begin reviewing A440 agreements to determine ownership of rights, assignability, restrictions on alienation, and similar matters | 7.20 |
| 08/18/05 | LDL | Continue reviewing A440 agreements and drafting notes to same; Prepare memo to N. Newman summarizing results of review | 6.70 |
| 08/19/05 | NBN | Review memo (.40) from and telephone call with D. Liutikas regarding recording agreements and distribution agreement and rights thereunder (.20). | 0.60 |
| 08/19/05 | LDL | Discuss Ryko agreement with N. Newman | 0.50 |
| 08/23/05 | NBN | Telephone call with and letter to M. Messersmith regarding possible settlement with Ryko (.40); work on stipulation to extend time to assume or reject contract with Ryko (.40). | 0.80 |
| 08/24/05 | NBN | Discussions with M. Messersmith and D. Liutikas regarding Ryko agreement and possible settlement. | 0.30 |
| 08/25/05 | NBN | Telephone call with representative of N. Coded regarding offer for Manson CD. | 0.20 |
| 09/07/05 | NBN | Review offer from Manson Music to acquire master CD's (.20); review latest statement from Ryko (.20). | 0.40 |
| 09/16/05 | NBN | Review offer from Manson Music to resolve claim (.20); review letter from and letter to N. Kellerman regarding accounting services (.20). | 0.40 |
| 09/20/05 | NBN | Telephone call with attorney for Mauson regarding offer for albums. | 0.20 |
| 09/27/05 | NBN | Telephone call with attorney for Ryko regarding possible settlement. | 0.30 |
| 09/28/05 | NBN | Review latest accounting from Ryko distribution. | 0.30 |
| 09/30/05 | NBN | Review latest offer from M. Manson's attorney. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/07/05 | NBN | Telephone call with representative of N. Coded regarding possible offer for master cd's (.20); telephone call with S. LeClair and C. Griffin regarding same (.30); review latest accounting from Ryko (.20); telephone call with attorney for M. Manson regarding offer (.20). | 0.90 |
| 10/10/05 | NBN | Telephone call with attorney for Artistry Music regarding status of liquidation of assets (.20); telephone call with attorney for Ryko regarding settlement proposal (.30); telephone call with C. Matsakis regarding possible sale of inventory (.20). | 0.70 |
| 10/11/05 | NBN | Telephone call with representative of N. Coded regarding interest in M. Manson master CD. | 0.20 |
| 10/18/05 | NBN | Telephone calls x 2 with M. Messerswith re: settlement with Ryko. | 0.30 |
| 10/24/05 | JEM | Telephone call with M. Messersmith regarding stipulation; review and correspondences regarding same. | 0.60 |
| 10/27/05 | NBN | Review stipulation to extend time to answer or reject Ryko contract (.20); review latest accounting from Ryko (.30). | 0.50 |
| 11/01/05 | NBN | Review letter from and letter to M. Messersmith regarding settlement and CD inventory held by Ryko (.40); telephone call with and letter to C. Matsakis regarding assistance with sale (.20); review September report (.30). | 0.90 |
| 11/03/05 | NBN | Telephone call with C. Matsakis regarding possible offer for CD inventory and master CD's. | 0.20 |
| 11/07/05 | NBN | Telephone call with C. Matsakis regarding sale of master cd's. | 0.20 |
| 11/17/05 | NBN | Telephone call with attorney for Everett Harp regarding interest in master CD. | 0.20 |
| 11/18/05 | NBN | Review proposed settlement agreement from Ryko (.50); discuss revisions with M. Messersmith (.40). | 0.90 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353



QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/21/05 | NBN | Two telephone conferences with M. Messersmith re: sale information as to CD's involving artists I hold master CD's (.3); telephone conference with attorney for Everett Harp re: offer to purchase master CD and review contract with E. Harp. | 0.80 |
| 11/22/05 | NBN | Telephone call with S. LeClair and C. Griffin regarding sale of master cd's (.40); telephone call with D. Messersmith regarding Ryko settlement (.20); telephone call with D. Porter regarding settlement with E. Harp (.20). | 0.80 |
| 11/23/05 | NBN | Telephone conference with attorney for M. Manson regarding sale of CD inventory. | 0.20 |
| 11/23/05 | LDL | Review A440 agreements to determine alienability and continuing royalty obligations | 8.20 |
| 11/28/05 | LDL | Continue reviewing A440 agreement for royalty requirements and restrictions on alienability | 2.00 |
| 11/30/05 | LDL | Continue reviewing A440 agreement for royalty requirements and restrictions on alienability | 2.50 |
| 12/06/05 | NBN | Telephone call with M. Hickey regarding Manson offer. | 0.20 |
| 12/07/05 | NBN | Review offer for Master CD's from Artistry Music Group (.20); telephone call with attorney for E. Harp regarding offer to purchase album rights and CD's (.20). | 0.40 |
| 12/08/05 | NBN | Telephone call with S. LeClair regarding master CD's (.20); review letter from King Records regarding termination of license (.20); review latest accounting from Ryko (.20). | 0.60 |
| 12/12/05 | NBN | Telephone conference with B. Preskill regarding possible interests in master cd's and inventory (2); telephone conference with representatives of F. Catalano regarding claim to master cd (.2) | 0.40 |
| 12/15/05 | NBN | Telephone call with M. Messersmith regarding status of Ryko settlement. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com  ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/16/05 | NBN | Review letter from and letter to M. Messersmith regarding Ryko settlement and deletion notice for Mr. Baldwin (.20); telephone call with D. Porter regarding Harp offer (.20). | 0.40 |
| 12/21/05 | NBN | Telephone call with attorney for M. Manson regarding offer for master cd. | 0.20 |
| 12/27/05 | NBN | Review Ryko accounting for November, 2005. | 0.20 |
| 12/29/05 | NBN | Telephone call with B. Preskill regarding interest in contracts. | 0.20 |
| 01/05/06 | NBN | Telephone call with E. Israel regarding previous offer for master cd rights (.20); telephone call with M. Messersmith regarding finalizing Ryko settlement (.20); meet with D. Liutikas regarding contracts and my rights to sell (.50). | 0.90 |
| 01/06/06 | NBN | Review sale date from Ryko regarding remaining inventory (.20); letter to attorney for Artistry Music regarding offer for master cd's (.20). | 0.40 |
| 01/12/06 | NBN | Review latest draft of Ryko settlement agreement and discuss final revisions with M. Messersmith (.60); telephone call with D. Porter regarding E. Harp offers (.20). | 0.80 |
| 01/13/06 | NBN | Telephone call with Machan and review documents regarding previous sale of CD rights and remaining CD's (.40); telephone call with C. Matsakis regarding selling remaining inventory (.20). | 0.60 |
| 01/18/06 | NBN | Telephone call with M. Hickey regarding Mr. Manson transactions. | 0.20 |
| 01/20/06 | NBN | Review letters from M. Messersmith and Machan regarding discontinuation of sales. | 0.30 |
| 02/02/06 | NBN | Review accounting from Ryko regarding December, 2005 (.20); prepare motion to settle with Ryko (2.4). | 2.60 |
| 02/03/06 | NBN | Prepare motion to compromise controversy with Ryko (.60); letter to M. Messersmith regarding same (.20). | 0.80 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/06/06 | NBN | Review suggested revisions to settlement agreement from Ryko's attorney (.30); telephone call with counsel regarding same (.20); telephone call with attorney from M. Manson regarding settlement (.20); telephone call with C. Matsakis regarding selling CD inventory (.20). | 0.90 |
| 02/06/06 | NBN | Telephone call with D. Porter regarding E. Harp offer (.20); prepare motion to compromise controversy with M. Manson (.80). | 1.00 |
| 02/08/06 | NBN | Telephone call with and review letter from attorney for E. Harp regarding revised offer (.40); discussion with J. Todhunter regarding Frank Catalano cd's and offer for same (.30). | 0.70 |
| 02/13/06 | NBN | Telephone call with and letter to J. Todhunter regarding offer from Frank Catalano. | 0.30 |
| 02/16/06 | NBN | Review offer and proposed documents from J. Todhunter, attorney for F. Catalano (.30); prepare motion, notice and order regarding sale to M. Manson (.60). | 0.90 |
| 02/17/06 | NBN | Review Recording Agreement (.30); review and revise documents regarding sale to Frank Catalano (.40); prepare motion, order and notice regarding sale of musical rights to Catalano (.60); two telephone calls with J. Todhunter regarding sale documents and proof of claim (.30). | 1.60 |
| 02/17/06 | NBN | Prepare motion, order and notice regarding sale of musical rights to Everette Harp (.60); review letter from D. Porter regarding same (.20). | 0.80 |
| 02/20/06 | NBN | Letter to J. Todhunter regarding revisions to Catalano settlement documents (.20); final revisions to motions and orders regarding sale of musical rights to Catalano and Harp (.50). | 0.70 |
| 03/06/06 | NBN | Telephone call with M. Messersmith regarding tomorrow's hearing on Ryko settlement (.20); review offer from J. Allen to purchase CD's (.20); telephone call with B. Straga regarding her master CD (.20). | 0.70 |
| 03/07/06 | NBN | To court for hearing on motion to settle with Ryko (.90); letter to J. Allen regarding offer to purchase CD's (.20). | 1.10 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/08/06 | NBN | Review execution copy of Ryko settlement and information from M. Messersmith as to contact person (.20); telephone call with C. Matsakis regarding selling inventory as access to Aurora warehouse (.40). | 0.60 |
| 03/08/06 | NBN | Telephone call with attorneys for M. Manson and F. Catalano regarding 3/14 hearing on motion to sell musical rights and no objections received (.30); review final CD inventory (.20). | 0.50 |
| 03/13/06 | NBN | Telephone call with C. Matsakis regarding contacts with Ryko and selling CD inventory (.20); telephone call with J. Todhunter regarding Catalano sale documents (.20). | 0.40 |
| 03/14/06 | NBN | To court for hearing on motion to sell musical rights to F. Catalano, E. Harp and M. Manson (.90); meet with J. Todhunter regarding closing Catalano deal (.30); letters to M. Hickey and D. Porter regarding orders entered (.30). | 1.50 |
| 03/14/06 | NBN | Telephone call with D. Porter regarding selling CD inventory to E. Harp. | 0.20 |
| 03/15/06 | NBN | Telephone call with J. Allen regarding offer to purchase CD's (.20); telephone call with M. Hickey regarding finalizing M. Manson deal (.20). | 0.60 |
| 03/20/06 | NBN | Review letter from J. Todhunter re: request for F. Catalano's Master CD (.2); review offer to purchase CD's from Jackie Allen (.2). | 0.40 |
| 03/21/06 | NBN | Telephone conference with C. Matsakis regarding serving as Inventory Sale agent (.2); prepare motion to sell CD's to Jackie Allen. (.4). | 0.60 |
| 03/22/06 | NBN | Finalize Motion to Sell CD's to J. Allen (.7); telephone conference with Ms. Allen regarding same (.2). | 0.90 |
| 03/29/06 | NBN | Review letter from and letter to Machan regarding interest in CD's (.20); review letter from and letter to M. Messersmith regarding inventory at Ryko (.20); telephone call with C. Matsakis regarding selling CD's (.20). | 0.60 |
| 03/30/06 | NBN | Telephone call with Machan regarding offer for CD's. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0004**
05 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/04/06 | NBN | Telephone call with M. Messersmith regarding employment of sale agent (.20); revise motion to employ C. Matsakis to sell cd's (.40). | 0.60 |
| 04/10/06 | NBN | Telephone call with L. Landew of Ryko and J. Allen regarding 4/12 hearing on motion to sell cd's and arrangement for pick-up. | 0.30 |
| 04/12/06 | NBN | Telephone call with and letter to C. Matsakis regarding employment as sale agent (.20); letter to J. Allen regarding sale order entered (.20); letter to L. Landew of Ryko regarding picking up CDs (.20). | 0.60 |
| 04/12/06 | WSH | Attended hearing on Motions to Sell CDs (1.0). | 1.00 |
| 05/23/06 | NBN | Review letter from and telephone call with C. Matsakis regarding outcome of CD sales. | 0.30 |
| 07/12/06 | WSH | Attended hearing on Motion to Pay Commission. | 1.20 |
| 09/22/06 | NBN | Letter to attorney for Ryko regarding reclamation statements. | 0.20 |
| 11/16/06 | NBN | Review letter from P. Seaman regarding progress of account receivable project. | 0.20 |
| | | **Total Hours** | 72.30 |
| **Total** | | | **29,022.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# NUMBER 3

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0006**
05 - Claims Administration/Analysis

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JULY 31, 2007

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/25/05 | NBN | Further review of Ryko distributor agreement (.30); telephone call with L. Landew, attorney for Ryko regarding rights under agreement (.40). | 0.70 |
| 08/02/05 | NBN | Review claim submitted by Manson Music (.20); discussion with M. Manson regarding interest in Master CD (.20). | 0.40 |
| 12/02/05 | NBN | Review proof of claim filed by Ryko (.20); letter to M. Messersmith regarding settlement (.20). | 0.40 |
| | | **Total Hours** | **1.50** |
| **Total** | | | **705.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



# NUMBER 4

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0008**
05 - Tax Issues

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JULY 31, 2007

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/07/05 | NBN | Review letter from S. LeClair and telephone conference with S. Clar regarding documents to be sent and issue with W-2's and salary claims (.3); Review information as to relationship with Ryko Distribution (.2) | 0.50 |
| 07/31/06 | NBN | Telephone call with N. Kellerman regarding 2005 business activity and guaranteed payments. | 0.20 |
| 10/11/06 | NBN | Telephone call with N. Kellerman regarding assumption for tax returns. | 0.20 |
| 10/12/06 | NBN | Review and transmit 2005 federal and IL Partnership returns (.20); prepare prompt determination letters to IRS and IDOR (.20). | 0.40 |
| 12/07/06 | NBN | Review correspondence from IRS regarding denial of request for prompt determination and regarding assessment for late filing (.20); letter to N. Kellerman regarding same (.20). | 0.40 |
| 01/03/07 | NBN | Letter to N. Kellerman regarding receipts and disbursements information for final tax returns. | 0.20 |
| 01/11/07 | NBN | Review IRS intent to levy and letters to N. Kellerman regarding same. | 0.30 |
| 02/05/07 | NBN | Review letter from IRS regarding penalty waived (.20); review letter from and letter to N. Kellerman regarding issues for final returns (.20). | 0.40 |
| 02/16/07 | NBN | Review correspondence from IRS regarding 940 and 941 returns and letter to N. Kellerman regarding same. | 0.30 |
| 03/14/07 | NBN | Telephone conference with N. Kellerman regarding finalizing payroll tax returns. | 0.20 |
| 03/19/07 | NBN | Review form 941 and 940 returns prepared by IRS on behalf of Debtor and letter to N. Kellerman regarding same. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0008**
05 - Tax Issues

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/03/07 | NBN | Review and transmit 2006 Federal and State Partnership returns and K-1's (.30); telephone call with N. Kellerman regarding payroll returns and payment of tax (.20). | 0.50 |
| 04/04/07 | NBN | Review and transmit 2005 FUTA tax returns. | 0.20 |
| | | **Total Hours** | **4.10** |
| **Total** | | | **1,999.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# NUMBER 5

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

A440 Music Group, LLC
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2007**

Matter Number: **0005000.0010**
05 - Fee Related Matters

Billing Attorney: **Norman B. Newman**

### FEES THROUGH JULY 31, 2007

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/30/06 | NBN | Review statement of services for FGMK fee application. | 0.30 |
| 06/29/07 | NBN | Review FGMK statement of services for fee application. | 0.20 |
|  |  | **Total Hours** | **0.50** |
| **Total** |  |  | **245.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.