# EXHIBIT "A"

# FGMK, LLC
2801 LAKESIDE DRIVE - THIRD FLOOR
BANNOCKBURN, IL 60015
Phone: (847) 374-0400     FAX: (847) 374-0420

A440 MUSIC GROUP, LLC
C/O NORMAN B. NEWMAN, MUCH SHELIST
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

Client ID: 58020 001

As of November 1, 2007, with current period ending October 31, 2007

| Date | Description | Invoice Number | Invoice Amount | Cash Applied | Amount |
|---|---|---|---|---|---|
| November 22, 2006 | Invoice | 00192662 | 3,826.00 | | $ 3,826.00 |
| March 20, 2007 | Invoice | 00197838 | 3,495.00 | | 3,495.00 |
| June 20, 2007 | Invoice | 001104175 | 1,098.00 | | 1,098.00 |
| | | | | **Amount Due** $ | **8,419.00** |

### Accounts Receivable Aging

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 8,419.00 | $ 8,419.00 |

**FGMK, LLC**
2801 LAKESIDE DRIVE – THIRD FLOOR
BANNOCKBURN, IL 60015
PHONE: (847) 374-0400    FAX: (847) 374-0420

| | |
|---|---|
| A440 MUSIC GROUP, LLC<br>C/O NORMAN B. NEWMAN, MUCH SHELIST<br>191 NORTH WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | **Invoice Date:** June 20, 2007<br>**Invoice Number:** 001104175<br>**Client Number:** 58020 001<br>**Amount Paid:** _____ |

*Please detach and return the top portion with your payment*

---

**FGMK, LLC**
2801 LAKESIDE DRIVE – THIRD FLOOR
BANNOCKBURN, IL 60015
PHONE: (847) 374-0400    FAX: (847) 374-0420

**A440 MUSIC GROUP, LLC**

**Invoice Date:** June 20, 2007

**Invoice Number:** 001104175

**Client Number:** 58020 001

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2007:

(See attached detail for breakdown of services)

**Total Invoice Amount**    $    4,593.00

# FGMK, LLC
2801 LAKESIDE DRIVE - THIRD FLOOR
BANNOCKBURN, IL 60015
PHONE: (847) 374-0400    FAX: (847) 374-0420

|  |  |
|---|---|
| A440 MUSIC GROUP, LLC | **Invoice Date:** November 22, 2006 |
| C/O NORMAN B. NEWMAN, MUCH SHELIST | **Invoice Number:** 00192662 |
| 191 NORTH WACKER DRIVE, SUITE 1800 | **Client Number:** 58020 001 |
| CHICAGO, IL 60606 |  |
|  | **Amount Paid:** $ _____ |

*Please detach and return the top portion with your payment*

---

# FGMK, LLC
2801 LAKESIDE DRIVE - THIRD FLOOR
BANNOCKBURN, IL 60015
PHONE: (847) 374-0400    FAX: (847) 374-0420

**A440 MUSIC GROUP, LLC**

**Invoice Date:** November 22, 2006
**Invoice Number:** 00192662
**Client Number:** 58020 001

For professional services rendered through October 31, 2006:

(See attached detail)

**Total Invoice Amount**  $  3,826.00

## Accounts Receivable Aging

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 3,826.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,826.00 |

A440 MUSIC GROUP, LLC
INVOICE DETAIL
THROUGH 11/15/06

| DATE | DESCRIPTION OF SERVICES | NAME | LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6/8/2006 | PREPARE ENGAGEMENT LETTER | KELLERMAN | PARTNER | 0.20 | 355 | 71 |
| 7/12/2006 | REVIEW INFORMATION FOR PREPARATION OF RETURN AND REQUEST ADDITIONAL INFORMATION | KELLERMAN | PARTNER | 0.50 | 355 | 178 |
| 7/29/2006 | REVIEW DOCUMENTS AND OPEN POINT LIST TO TRUSTEE | KELLERMAN | PARTNER | 0.50 | 355 | 178 |
| 8/2/2006 | CONTACT PRIOR ACCOUNTANTS TO OBTAIN ADDITIONAL INFORMATION TO PREPARE RETURNS | CHOI | SENIOR | 1.20 | 220 | 264 |
| 8/3/2006 | CONTACT PRIOR ACCOUNTANTS TO OBTAIN ADDITIONAL INFORMATION TO PREPARE RETURNS | CHOI | SENIOR | 1.20 | 220 | 264 |
| 10/2/2006 | INITIAL PREPARATION OF TAX RETURN | CHOI | SENIOR | 2.90 | 220 | 638 |
| 10/8/2006 | INITIAL DETAIL REVIEW OF TAX RETURN INCLUDING REQUIRED ATTACHMENTS TO RETURN | KELLERMAN | PARTNER | 1.50 | 355 | 533 |
| 10/9/2006 | CLEAR OPEN ITEMS FROM REVIEW | CHOI | SENIOR | 1.00 | 220 | 220 |
| 10/2/2006 | CLEAR ALL OPEN POINTS REMAINING AND PREPARE REQUIRED ATTACHMENTS | CHOI | SENIOR | 2.70 | 220 | 594 |
| 10/11/2006 | REVIEW CLEARED POINTS AND REQUIRED ATTACHMENTS AND SIGN RETURN | KELLERMAN | PARTNER | 2.00 | 355 | 710 |
| 11/7/2006 | DISCUSSION WITH MEMBERS ACCOUNTANTS REGARDING K-1 | KELLERMAN | PARTNER | 0.50 | 355 | 178 |
| | TOTAL INVOICE | | | | | 3,826 |

| SUMMARY NAME | LEVEL | AMOUNT |
|---|---|---|
| CHOI | SENIOR | 1,980 |
| KELLERMAN | PARTNER | 1,846 |
| TOTAL | | 3,826 |

A440 MUSIC GROUP, LLC
INVOICE DETAIL
12-18-06 THROUGH 3-31-07

| DATE | DESCRIPTION OF SERVICES | NAME | LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/18/2006 | REVIEW AND INVESTIGATE FEDERAL NOTICE | PUHL | MANAGER | 1.00 | 235 | 235 |
| 12/20/2006 | PHONE CONVERSATION WITH IRS | PUHL | MANAGER | 0.40 | 235 | 94 |
| 1/4/2007 | PREPARATION OF WORKING TRIAL BALANCE FOR PREPARATION OF TAX RETURN | CHOI | SENIOR | 1.10 | 230 | 253 |
| 1/17/2007 | PHONE CONVERSATION WITH IRS ON TAX NOTICE | PUHL | MANAGER | 0.80 | 245 | 196 |
| 1/20/2007 | PHONE CONVERSATION WITH IRS ON TAX NOTICE | PUHL | MANAGER | 0.50 | 245 | 123 |
| 2/3/2007 | OPEN ITEMS IN PREPARATION OF TAX NOTICE | CHOI | SENIOR | 0.20 | 230 | 46 |
| 2/3/2007 | REVIEW OPEN QUESTIONS ON TAX RETURN | KELLERMAN | PARTNER | 0.50 | 385 | 193 |
| 2/5/2007 | REVIEW PROPER TREATMENT OF DEBT FORGIVENESS IN PREPARATION OF TAX RETURN | KELLERMAN | PARTNER | 0.50 | 385 | 193 |
| 2/5/2007 | RESEARCH PROPER TREATMENT OF DEBT FORGIVENESS | CHOI | SENIOR | 0.80 | 230 | 184 |
| 2/6/2007 | PREPARATION OF PARTNERSHIP TAX RETURN | CHOI | SENIOR | 1.70 | 230 | 391 |
| 2/10/2007 | CLEAR OPEN ITEMS FROM REVIEW | CHOI | SENIOR | 1.00 | 230 | 230 |
| 2/10/2007 | COMPLETE RESEARCH OF DEBT FORGIVENESS ISSUE | KELLERMAN | PARTNER | 1.00 | 385 | 385 |
| 2/10/2007 | REVIEW TAX RETURN | KELLERMAN | PARTNER | 1.00 | 385 | 385 |
| 2/17/2006 | FINAL DETAIL REVIEW OF TAX RETURN AND SIGNING | KELLERMAN | PARTNER | 1.40 | 385 | 539 |
| 2/23/2007 | REVIEW IRS NOTICE RELATED TO PAYROLL TAXES | CHOI | SENIOR | 0.20 | 230 | 46 |
| 3/13/2007 | REVIEW FEDERAL EMPLOYMENT TAX NOTICE | CHOI | SENIOR | 0.40 | 230 | 93 |
| 3/14/2007 | REVIEW NOTICE ON PAYROLL TAXES | KELLERMAN | PARTNER | 0.20 | 385 | 77 |
| 3/14/2007 | PHONE CALL TO IRS | CHOI | SENIOR | 0.30 | 230 | 69 |
| 3/19/2007 | PHONE CALL TO IRS | CHOI | SENIOR | 0.30 | 230 | 69 |
| 3/20/2007 | SIGN OFF NOTICE ON PAYROLL TAXES | KELLERMAN | PARTNER | 0.20 | 385 | 77 |
| 3/21/2007 | PREPARATION OF PAYROLL FORMS 940/941 | CHOI | SENIOR | 0.60 | 230 | 138 |
| 3/22/2007 | PHONE CALL TO IRS | CHOI | SENIOR | 0.20 | 230 | 46 |
| 3/24/2007 | INVESTIGATE NOTICE RECEIVED 3/13/07 | CHOI | SENIOR | 0.30 | 230 | 69 |
| 3/26/2007 | PHONE AND FAX INFORMATION TO IDES | CHOI | SENIOR | 0.40 | 230 | 93 |
| 3/28/2007 | COMPLETE FILING OF SIGNED FORMS 940/941 | CHOI | SENIOR | 1.10 | 230 | 253 |
| 3/29/2007 | COMPLETE REVIEW AND SIGNOFF OF PAYROLL NOTICE | KELLERMAN | PARTNER | 0.30 | 385 | 116 |
| | TOTAL INVOICE | | | | | 4,593 |

| SUMMARY NAME | LEVEL | AMOUNT |
|---|---|---|
| CHOI | SENIOR | 1,980 |
| KELLERMAN | PARTNER | 1,965 |
| PUHL | MANAGER | 648 |
| TOTAL | | 4,593 |