**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| A440 GROUP, LLC | ) | |
| | ) | CASE NO. 05-25040 |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:  U.S. BANKRUPTCY COURT
>        219 South Dearborn, Courtroom 719
>        Chicago, Illinois 60604
>
>   on:  **February 7, 2008**
>   at:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | a. Receipts | $ 26,287.43 |
    | b. Disbursements | $ 3,724.06 |
    | c. Net Cash Available for Distribution | $ 22,563.37 |

4.  Applications for administration fees and expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
    |---|---|---|---|
    | Trustee | $ 0.00 | $ 1,358.04 | $ |
    | Trustee's Firm Legal | $ 0.00 | $ 34,555.00 | $ |
    | Trustee's Firm Legal | $ 0.00 | $ | $ 787.20 |
    | Trustee's Accountant | $ 0.00 | $ 7,000.00 | $ |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $4,032,548.28, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **January 2, 2008**    For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

## SERVICE LIST FOR A440 Music Group, LLC

Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, IL 60606

Scott P. Clar
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, Illinois 60603

Ryko Distributor/Rep Sales, Inc.
c/o Michael Messersmith
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602

Chris Matsakis
Chicago Liquidators
1 E. Wacker Drive, Suite 3600
Chicago, IL 60601

All About Jazz
1546 Camden Place
Fullerton, CA 92883

American Express
P.O. Box 650448
Dallas, TX 75265

Am. Express Travel Related Services Co.
Inc. Corporate Card
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Amex Business Finance
P.O. Box 660631
Dallas, TX 75266

Andy's Music
3204 N. Oakley
Chicago, IL 60618

AT&T Long Distance
P.O. Box 9001309
Louisville, KY 40290-1309

BMG Music, Inc.
1540 Broadway
New York, NY 10036

Brian Spergel
9020 228th Street, SW
Edmonds, WA 98026

Brinks
P.O. Box 96077
Charlotte, NC 28296-0077

Carl Griffin
56 Bellevue Terrace
Bloomfield, NJ 07003

Carmichael Properties
1040 W. Monroe Street
Chicago, IL 60607

Center Stage TVE
3720 Canton Street
Suite 103
Dallas, TX 75226

Chariot Express Messenger Service
P.O. Box 8417
Chicago, IL 60680

Chicago Recording Co.
232 E. Ohio
Chicago, IL 60611

ChicagoJazz.com
P.O. Box 737
Park Ridge, IL 60068

Cierracom Systems
P.O. Box 22108
Tulsa, OK 74182

Citi Advantage World Mastercard
P.O. Box 6416
The Lakes, NV 88901-6416

City of Chicago Dept. of Revenue
Attn: Business Bankruptcy Unit
333 S. State Street, Suite 540
Chicago, IL 60604

City of Chicago
Department of Revenue
P.O. Box 4956
Chicago, IL 60680

Coast to Coast Marketing, Inc.
6369 E. Tanque Verde Road
Suite 180
Tucson, AZ 85715

Com Ed
Bill Payment Center
Chicago, IL 60601

Daniel J. Kipp
Kipp/Reece & Co.
360 N. Michigan Avenue
Suite 906
Chicago, IL 60601

Dave Kochansky
4626 Norwich Avenue
Sherman Oak, CA 91403

David Slania
2807 St. James Street
Rolling Meadows, IL 60008

Denon Digital
1380 Monticello Road
Madison, GA 30650

Down Beat
102 N. Haven Road
Elmhurst, IL 60126

Fed Ex Kinkos
P.O. Box 262682
Plano, TX 75026-2680

Future Marketing Group
P.O. Box 22714
Lexington, KY 40522

G. Ruffner Page, Jr.
2900 Highway 280
Suite 300
Birmingham, AL 35243

Hancock Music
c/o Gelfand, Rennert & Feldman
Los Angeles, CA 90067

Harry Fox Agency, Inc.
711 3rd Avenue
New York, NY 10017

Heather Blanton
310 Plaza
Atlantic Beach, FL 32233

Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Level 7-425
Chicago, IL 60601

Illinois Department of Revenue
Attn.: Linda Harris, Special Programs
P.O. Box 64300
Chicago, IL 60664

Jaco Pastorius, Inc.
P.O. Box 361464
Melbourne, FL 32936

Jazziz Magazine
2650 N. Military Trail
Suite 140
Boca Raton, FL 33431

Jobete Music Co/emi music corp.dept.
EMI Group PLC
27 Wright Lane
London w8 5sw

Jonathan V. Diamond
374 W. 11th Street, #7
New York, NY 10014

Just Jazz Guitar
P.O. Box 76053
Atlanta, GA 30358

Kent Anderson
1870 Burton Lane
Park Ridge, IL 60068

Laura Sanano
7668 El Camino Real
Suite 104
Carlsbad, CA 92009

Leo Sances
1860 Burton Lane
Park Ridge, IL 60068

Manson Music Productions
320 Abbott Street
Chicago Heights, IL 60604

Master Card/Citi Card
CitiCards
P.O. Box 688916
Des Moines, IA 50368

McArthur Photography
1900 W. Kinzie
Chicago, IL 60622

MFO Studios, Inc.
790 W. Frontage Road
Suite 525
Winnetka, IL 60093

Michael Bloom
P.O. Box 41380
Los Angeles, CA 90041-0380

Montage Communications Group
5250 Grand Avenue, Suite 14/111
Gurnee, IL 60031

National Photo Imaging
114 W. Illinois
Chicago, IL 60610

New World N. Jazz
P.O. Box 194
Fairfax, CA 94978

Oasis Mastering
4109 W. Burbank Road
Burbank, CA 91505

Pace Communications
P.O. Box 60014
Charlotte, NC 28260

Patricia Vogt
2444 N. Greenview
Chicago, IL 60614

Paul Simon Music
1619 Broadway
Suite 500
New York, NY 10019

Peoples Energy
Chicago, IL 60687

Photo Graphic Specialties
1718 Washington Avenue
Minneapolis, MN 55411

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285-6390

Presslaff Interactive Revenue
21250 Hawthorne Blvd., Suite 545
Torrance, CA 90503

Quill
P.O. Box 94081
Palatine, IL 60094

R&B Group, Inc.
16 N. Peoria Street
Chicago, IL 60607

Rodriguez & Ricci, LLC
82 E. Allendale Road
Saddle River, NJ 07458

Ross Ellis Media Packaging
8550 Balboa Blvd., Suite 200
Northridge, CA 91325

SBC-Ameritech
Bill Payment Center
Saginaw, MI 48663

Scheffel Music Corp.
c/o Doug Holmen
Carnegie House
100 W. 57th Street
New York, NY 10019

Scott Gordon Horewitch & Pidgeion
601 Skokie Boulevard
Suite 1A
Northbrook, IL 60062

Smooth Jazz News
5858 Mt. Alifan Drive
Suite 205
San Diego, CA 92111

Sony Disc Manufacturing
File 99460
Chicago, IL 60693

Special Rider Music
P.O. Box 86
Cooper Station
Dobbs Ferry, NY 10522-3411

Sterling Sound
88 Tenth Avenue
New York, NY 10011

Steve Kramer
2746 Langley Circle
Glenview, IL 60025

Suzanne LeClair
2917 Roslyn Trail
Long Beach, IN 46360

U.S. Trademark Protection Agency
P.O. Box 94368
Seattle, WA 98124-6668

Universal Music & Video District
9999 W. 121st Street
Fishers, IN 46038

UPS
Lockbox 577
Carol Stream, IL 60132-0577