**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| A440 GROUP, LLC | ) | |
| | ) | CASE NO. 05-25040 |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

>    At:   U.S. BANKRUPTCY COURT
>          219 South Dearborn, Courtroom 719
>          Chicago, Illinois 60604
>
>    on:   **February 7, 2008**
>    at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 26,287.43 |
| b. Disbursements | $ | 3,724.06 |
| c. Net Cash Available for Distribution | $ | 22,563.37 |

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested | |
|---|---|---|---|---|---|---|
| Trustee | $ | 0.00 | $ | 1,358.04 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | 34,555.00 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | | $ | 787.20 |
| Trustee's Accountant | $ | 0.00 | $ | 7,000.00 | $ | |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $4,032,548.28, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:   **January 2, 2008**           For the Court,


                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the United States Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

## SERVICE LIST FOR A440 Music Group, LLC

Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, IL 60606

Scott P. Clar
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, Illinois 60603

Ryko Distributor/Rep Sales, Inc.
c/o Michael Messersmith
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602

Chris Matsakis
Chicago Liquidators
1 E. Wacker Drive, Suite 3600
Chicago, IL 60601

All About Jazz
1546 Camden Place
Fullerton, CA 92883

American Express
P.O. Box 650448
Dallas, TX 75265

Am. Express Travel Related Services Co.
Inc. Corporate Card
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Amex Business Finance
P.O. Box 660631
Dallas, TX 75266

Andy's Music
3204 N. Oakley
Chicago, IL 60618

AT&T Long Distance
P.O. Box 9001309
Louisville, KY 40290-1309

BMG Music, Inc.
1540 Broadway
New York, NY 10036

Brian Spergel
9020 228th Street, SW
Edmonds, WA 98026

Brinks
P.O. Box 96077
Charlotte, NC 28296-0077

Carl Griffin
56 Bellevue Terrace
Bloomfield, NJ 07003

Carmichael Properties
1040 W. Monroe Street
Chicago, IL 60607

Center Stage TVE
3720 Canton Street
Suite 103
Dallas, TX 75226

Chariot Express Messenger Service
P.O. Box 8417
Chicago, IL 60680

Chicago Recording Co.
232 E. Ohio
Chicago, IL 60611

ChicagoJazz.com
P.O. Box 737
Park Ridge, IL 60068

Cierracom Systems
P.O. Box 22108
Tulsa, OK 74182

Citi Advantage World Mastercard
P.O. Box 6416
The Lakes, NV 88901-6416

City of Chicago Dept. of Revenue
Attn: Business Bankruptcy Unit
333 S. State Street, Suite 540
Chicago, IL 60604

City of Chicago
Department of Revenue
P.O. Box 4956
Chicago, IL 60680

Coast to Coast Marketing, Inc.
6369 E. Tanque Verde Road
Suite 180
Tucson, AZ 85715

Com Ed
Bill Payment Center
Chicago, IL 60601

Daniel J. Kipp
Kipp/Reece & Co.
360 N. Michigan Avenue
Suite 906
Chicago, IL 60601

Dave Kochansky
4626 Norwich Avenue
Sherman Oak, CA 91403

David Slania
2807 St. James Street
Rolling Meadows, IL 60008

Denon Digital
1380 Monticello Road
Madison, GA 30650

Down Beat
102 N. Haven Road
Elmhurst, IL 60126

Fed Ex Kinkos
P.O. Box 262682
Plano, TX 75026-2680

Future Marketing Group
P.O. Box 22714
Lexington, KY 40522

G. Ruffner Page, Jr.
2900 Highway 280
Suite 300
Birmingham, AL 35243

Hancock Music
c/o Gelfand, Rennert & Feldman
Los Angeles, CA 90067

Harry Fox Agency, Inc.
711 3rd Avenue
New York, NY 10017

Heather Blanton
310 Plaza
Atlantic Beach, FL 32233

Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Level 7-425
Chicago, IL 60601

Illinois Department of Revenue
Attn.: Linda Harris, Special Programs
P.O. Box 64300
Chicago, IL 60664

Jaco Pastorius, Inc.
P.O. Box 361464
Melbourne, FL 32936

Jazziz Magazine
2650 N. Military Trail
Suite 140
Boca Raton, FL 33431

Jobete Music Co/emi music corp.dept.
EMI Group PLC
27 Wright Lane
London w8 5sw

Jonathan V. Diamond
374 W. 11th Street, #7
New York, NY 10014

Just Jazz Guitar
P.O. Box 76053
Atlanta, GA 30358

Kent Anderson
1870 Burton Lane
Park Ridge, IL 60068

Laura Sanano
7668 El Camino Real
Suite 104
Carlsbad, CA 92009

Leo Sances
1860 Burton Lane
Park Ridge, IL 60068

Manson Music Productions
320 Abbott Street
Chicago Heights, IL 60604

Master Card/Citi Card
CitiCards
P.O. Box 688916
Des Moines, IA 50368

McArthur Photography
1900 W. Kinzie
Chicago, IL 60622

MFO Studios, Inc.
790 W. Frontage Road
Suite 525
Winnetka, IL 60093

Michael Bloom
P.O. Box 41380
Los Angeles, CA 90041-0380

Montage Communications Group
5250 Grand Avenue, Suite 14/111
Gurnee, IL 60031

National Photo Imaging
114 W. Illinois
Chicago, IL 60610

New World N. Jazz
P.O. Box 194
Fairfax, CA 94978

Oasis Mastering
4109 W. Burbank Road
Burbank, CA 91505

Pace Communications
P.O. Box 60014
Charlotte, NC 28260

Patricia Vogt
2444 N. Greenview
Chicago, IL 60614

Paul Simon Music
1619 Broadway
Suite 500
New York, NY 10019

Peoples Energy
Chicago, IL 60687

Photo Graphic Specialties
1718 Washington Avenue
Minneapolis, MN 55411

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285-6390

Presslaff Interactive Revenue
21250 Hawthorne Blvd., Suite 545
Torrance, CA 90503

Quill
P.O. Box 94081
Palatine, IL 60094

R&B Group, Inc.
16 N. Peoria Street
Chicago, IL 60607

Rodriguez & Ricci, LLC
82 E. Allendale Road
Saddle River, NJ 07458

Ross Ellis Media Packaging
8550 Balboa Blvd., Suite 200
Northridge, CA 91325

SBC-Ameritech
Bill Payment Center
Saginaw, MI 48663

Scheffel Music Corp.
c/o Doug Holmen
Carnegie House
100 W. 57th Street
New York, NY 10019

Scott Gordon Horewitch & Pidgeion
601 Skokie Boulevard
Suite 1A
Northbrook, IL 60062

Smooth Jazz News
5858 Mt. Alifan Drive
Suite 205
San Diego, CA 92111

Sony Disc Manufacturing
File 99460
Chicago, IL 60693

Special Rider Music
P.O. Box 86
Cooper Station
Dobbs Ferry, NY 10522-3411

Sterling Sound
88 Tenth Avenue
New York, NY 10011

Steve Kramer
2746 Langley Circle
Glenview, IL 60025

Suzanne LeClair
2917 Roslyn Trail
Long Beach, IN 46360

U.S. Trademark Protection Agency
P.O. Box 94368
Seattle, WA 98124-6668

Universal Music & Video District
9999 W. 121st Street
Fishers, IN 46038

UPS
Lockbox 577
Carol Stream, IL 60132-0577

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7               Page 1 of 2              Date Rcvd: Jan 02, 2008
Case: 05-25040                Form ID: pdf002           Total Served: 85


The following entities were served by first class mail on Jan 04, 2008.
db          +A440 Music Group, LLC,    1000 Monroe St,    Chicago, IL 60607-2681
aty         +Colleen E McManus,    Much Shelist,    191 N. Wacker Drive,    Suite 1800,    Chicago, IL 60606-1615
aty         +Scott R Clar,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Suite 3705,
              Chicago, IL 60603-4101
aty         +William S Hackney,    Much Shelist,    191 N Wacker Drive Ste 1800,    Chicago, IL 60606-1615
tr          +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
              Chicago, IL 60606-1615
9488501      AT&T Long Distance,    P.O. Box 9001309,    Louisville, KY 40290-1309
9488496     +All About Jazz,    1546 Camden Place,    Fullerton, CA 92833-2049
9488498     +American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
10492462     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001 Malvern, PA 19355-0701
9488497      American Express Travel Related Svcs Co Inc CoCard,    c/o Becket and Lee LLP,    P O Box 3001,
              Malvern, PA 19355-0701
9488499      Amex Business Finance,    P.O. Box 660631,    Dallas, TX 75266-0631
9488500     +Andy’s Music,    3204 N.Oakley,    Chicago, IL 60618-6320
9488502     +BMG Music, Inc.,    1540 Broadway,    New York, NY 10036-4074
9488503     +BMG Special Products,    1540 Broadway,    New York, NY 10036-4074
9488504     +Brian Soergel,    9020 228th St. SW,    Edmonds, WA 98026-8462
9488505      Brinks,    P.O. Box 96077,    Charlotte, NC 28296-0077
9488506     +Carl Griffin,    56 Bellevue Terrace,    Bloomfield, NJ 07003-3138
9488507     +Carmichael Properties,    1040 West Monroe St.,    Chicago, IL 60607-2604
9488508     +Center Stage TV,    3720 Canton St., Ste. 103,    Dallas, TX 75226-3436
9488509      Chariot Express Messenger Service,    P.O. Box 8417,    Chicago, IL 60680-8417
9488510     +Chicago Recording Co.,    232 E. Ohio,    Chicago, IL 60611-3641
9488511     +ChicagoJazz.com,    P.O. Box 737,    Park Ridge, IL 60068-0737
9488512     +Cierracom Systems,    P.O. Box 22108,    Tulsa, OK 74182-0001
9488513      Citi Aadvantage World Mastercard,    P.O. Box 6416,    The Lakes, NV 88901-6416
9488514     +City of Chicago,    Department of Revenue,    P.O. Box 4956,    Chicago, IL 60680-4956
10497430    +City of Chicago Department of Revenue,    Attn: Business Bankruptcy Unit,
              333 S. State St. - Suite 540,    Chicago, IL 60604-3992
9488515     +Coast to Coast Marketing Inc.,    6369 E. Tanque Verde Rd.,    Ste. 180,    Tucson, AZ 85715-3833
9488517     +Daniel J. ‘Kipp,    Kipp/Reece & Co.,    360 N. Michigan Ave, Ste. 906,    Chicago, IL 60601-3803
9488537     +Dave Kochansky,    4626 Norwich Ave.,    Sherman Oaks, CA 91403-2439
9488518     +David Slania,    2807 St. James Street,    Rolling Meadows, IL 60008-1563
9488519     +Denon Digital,    1380 Monticello Rd.,    Madison, GA 30650-4663
9488520     +Down Beat,    102 N. Haven Rd.,    Elmhurst, IL 60126-2970
9488536     +Fed Ex Kinkos,    P O Box 262682,    Plano, TX 75026-2682,    75267-2085
9488522      Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
10603728     Frank Catalano,    c/o L. Judson Todhunter,    Defrees & Fiske LLC,    200 S. Michigan Ave,
              Suite 1100,    Chicago, IL 60604-2480
9488523     +Future Marketing Group,    P.O. Box 22714,    Lexington, KY 40522-2714
9488524     +G Ruffner Page Jr.,    2900 Highway 280,    Ste. 300,    Birmingham, AL 35223-2469
9488525      Hancock Music,    %Gelfand, Rennert & Feldman,    Los Angeles, CA 90067
9488526     +Harry Fox Agency, Inc.,    711 3rd Ave.,    New York, NY 10017-4014
9488527     +Heather Blanton,    310 Plaza,    Atlantic Beach, FL 32233-5442
9488528      Ice Mountain,    P.O. Box 52214,    Phoenix, AZ 85072-2214
9488529      Illinois Department of Revenue,    Linda Harris - Special Programs,    P.O. Box 64300,
              Chicago, IL 60664-0300
11495628    +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-425,
              Chicago, Illinois 60601-3218
9488530      Jaco Pastorius Inc.,    P.O. Box 361464,    Melbourne, FL 32936-1464
9488531     +Jazziz Magazine,    2650 N. Military Trail,    Suite 140,    Boca Raton, FL 33431-6346
9488533     +Jonathon V. Diamond,    374 W. 11th St. #7,    New York, NY 10014-6250
9488534     +Just Jazz Guitar,    P.O. Box 76053,    Atlanta, GA 30358-1053
9488535     +Kent Anderson,    1870 Burton Lane,    Park Ridge, IL 60068-1570
9488538     +Laura Sanano,    7668 El Camino Real,    Ste. 104,    Carlsbad, CA 92009-7932
9488540     +Leo Sances,    1860 Burton Lane,    Park Ridge, IL 60068-1570
9488543     +MFO Studios, Inc.,    790 W. Frontage Rd.,    Suite 525,    Winnetka, IL 60093-1204
9643206     +Manson Music Productions,    320 Abbott Street,    Chicago Heights IL 60411-1632
9488541     +Master Card/Citi Card,    Citi Cards P.O. Box 688916,    Des Moines, IA 50368-8916
9488542     +McArthur Photography,    1900 W. Kinzie,    Chicago, IL 60622-6243
9488544      Michael Bloom,    P.O. Box 41380,    Los Angeles, CA 90041-0380
9488545     +Montage Communications Group,    5250 Grand Ave, Ste. 14/111,    Gurnee, IL 60031-1877
9488546     +National Photo Imaging,    114 W. Illinois,    Chicago, IL 60610-6261
9488547     +New World N. Jazz,    P.O. Box 194,    Fairfax, CA 94978-0194
9488548     +Oasis Mastering,    4109 W Burbank Bd,    Burbank, CA 91505-2122
9488549     +Pace Communications,    P.O. Box 60014,    Charlotte, NC 28260-0014
9488550     +Patricia Vogt,    2444 N. Greenview,    Chicago, IL 60614-2013
9488551     +Paul Simon Music,    1619 Broadway,    Suite 500,    New York, NY 10019-7449
9488552      Peoples Energy,    Chicago, IL 60687-0001
9488553     +Photo Graphic Specialties,    1718 Washington Ave.,    Minneapolis, MN 55411-3425
9488554      Pitney Bowes, Inc.,    P.O. Box 856390,    Louisville, KY 40285-6390
9488555     +Presslaff Interactive Revenue,    21250 Hawthorne Blvd., #545,    Torrance, CA 90503-5507
9488556      Quill,    P.O. Box 94081,    Palatine, IL 60094-4081
9488557     +R & B Group, Inc.,    16 N. Peoria Street,    Chicago, IL 60607-2609
9488558     +Rodriguez & Ricci, LLC,    82 E. Allendale Rd.,    Suite,    Saddle River, NJ 07458-3057
9488559     +Ross Ellis Media Packaging,    8550 Balboa Blvd.,    Suite 200,    Northridge, CA 91325-3545
9488560     +Ryko Distributor/Rep Sales Inc.,    70 W Madison Street Ste 4100,    Michael D Messersmith,
              Chicago, Il 60602-4231
9488561     +SBC-Ameritech,    Bill Payment Center,    Saginaw, MI 48663-0001
9488562     +Scheffel Music Corp.,    c/o Doug Holmen @Carnegie House,    100 W. 57th St.,
              New York, NY 10019-3328
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jan 02, 2008
Case: 05-25040                Form ID: pdf002          Total Served: 85

9488563       Scott Gordon Horewitch & Pidgeion,   601 Skokie Blvd., Ste. 1A,   Northbrook, IL 60062-2822
9488564      +Smooth Jazz News,   5858 Mt. Alifan Dr.,   Suite 205,   San Diego, CA 92111-2731
9488565       Sony Disc Manufacturing,   File # 99460,   Chicago, IL 60693-9460
9488566      +Special Rider Music,   P.O. Box 86,   Cooper Station,   New York, NY 10276-0086
9488567       Stephen Kuhn,   301 Hunters Run,   Dobbs Ferry, NY 10522-3411
9488568      +Sterling Sound,   88 Tenth Ave.,   New York, NY 10011-4721
9488569      +Steve Kramer,   2746 Langley Circle,   Glenview, IL 60026-7735
9488539      +Suzanne LeClair,   2917 Roslyn Trail,   Long Beach, IN 46360-1725
9488570       U.S. Trademark Protection Agency,   P.O. Box 94368,   Seattle, WA 98124-6668
9488572      +UPS,   Lockbox 577,   Carol Stream, IL 60132-0001
9488571      +Universal Music & Video Dist.,   9999 E. 121st St.,   Fishers, IN 46037-9727

The following entities were served by electronic transmission on Jan 03, 2008.
9488516       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Com Ed,
              Bill Payment Center,   Chicago, IL 60668-0001
                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Much Shelist Freed Denenberg Ament & Rubenstein PC
9488521       Edel Records GMBH,   Nuemulen 17,   22763 Hamburg
9488532       Jobete Music Co/emi music corp.dept,   EMI Group PLC,   27 Wright Lane,   London w8 5sw
9488573       Westbury Music Ltd.,   2 Turnstall Rd, Suite B,   London sw 98 da
aty*         +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
              Chicago, IL 60606-1615
                                                                                           TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 04, 2008**          **Signature:**   _Joseph Speetjens_