## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 05 B 25040 |
| A440 MUSIC GROUP, LLC, | ) | Hon. John D. Schwartz |
| | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____    _____
DATE                         UNITED STATES BANKRUPTCY JUDGE